```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/2015
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X Civil Action No.: 14-cv-7723 (VSB)
THE TRAVELERS INDEMNITY COMPANY,

                                        Plaintiff,

**STIPULATION EXTENDING
TIME TO ANSWER**

-against-

APPROVED OIL CO. OF BROOKLYN, INC.
d/b/a Approved Oil and West End Oil,

                                        Defendant.
------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys, that the time for the defendant, APPROVED OIL CO. OF BROOKLYN, INC. d/b/a Approved Oil and West End Oil, to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the 4th day of February, 2015.

Dated: Islandia, New York
       December 29, 2014

By: Jessica Klotz, Esq.
LEWIS JOHS AVALLONE AVILES, LLP
*Attorneys for Defendant*
One CA Plaza, Suite 225
Islandia, New York 11749
(631) 755-0101
jklotz@lewisjohs.com

By: Robert A. Schultz, Esq.
Law Offices of Andrea G. Sawyer
*Attorneys for Plaintiff*
3 Huntington Quadrangle, Suite 102S
Melville, New York 11747-9028
(631) 501-3100
raschult@travelers.com

**SO ORDERED:**

_____
HON. VERNON S. BRODERICK 1/5/2015
UNITED STATES DISTRICT JUDGE