UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
                                                        :

THE TRAVELERS INDEMNITY         :
COMPANTY,

                    Plaintiff,    :

                                                        :          14-CV-7723 (VSB)

              - against -              :

                                                        :              ORDER

APPROVED OIL CO. OF BROOKLYN,  :
INC.,

                    Defendant.   :

------------------------------------------------------- X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 2/10/2015

VERNON S. BRODERICK, United States District Judge:

       It has been reported to the Court that this case has been settled.  Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

       SO ORDERED.

Dated: February 10, 2015
       New York, New York

                                                       Vernon S. Broderick
                                                       United States District Judge