# LEWIS JOHS
Lewis Johs Avallone Aviles, LLP

March 6, 2015

**VIA ECF**

Honorable Vernon S. Broderick, U.S.D.J.
United States District Court for the S.D.N.Y.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York  10007

Re:  The Travelers Indemnity Company v. Approved Oil Co. of Brooklyn, Inc.
     Case No.: 14-cv-7723-VSB
     LJAA File No: 0183-1219

Dear Judge Broderick:

I represent Approved Oil Co. of Brooklyn, Inc. ("Approved Oil") in the above-referenced matter.  I am writing on behalf of all parties and with plaintiff's consent to request an additional thirty (30) days of the deadline to move to restore the action to this Court's docket from March 12, 2015 to April 13, 2015.[1]  While at this time, the parties do not anticipate having to make such a motion, we do not want to waive our right to do so.

The parties have negotiated the closing documents in this matter and the related case of <u>Aspen American Insurance Company v. Approved Oil Co. of Brooklyn, Inc. v. SIG Fabrics, LLC, et ano.</u>, Case No.: 14-cv-1354-VSB, and require additional time for all the parties and Aspen's insureds to execute those documents.  There is an issue regarding one of the individual's legal capacity to execute the closing document which still needs to be resolved.  Accordingly, the parties wish to extend the time to move to re-open the case to April 13, 2015.  This is the first application for this relief.  We thank the Court for its consideration of these matters.

Very truly yours,

/s/

Jessica Klotz
jklotz@lewisjohs.com
*Islandia Office*

cc **VIA ECF**:   Robert A. Schultz, Esq.

Counsellors at Law

Mark R. Aledort
Robert J. Avallone
Deborah A. Aviles
Daniel A. Bartoldus
Amy E. Bedell
Karen M. Berberich
Claudia L. Boyd
Anne M. Bracken
Dylan C. Braverman
Brian Brown
Jorja C. Carr
Joseph M. Charchalis
Anthony J. Chiofalo
Robert J. Cimino
Michael T. Colavecchio
Robert M. D'Angelillo
Thomas J. Dargan
Rebecca K. Devlin
Meaghan A. Dolce
Robert W. Doyle, Jr.
Rosa M. Feeney
David W. Fink
Carl A. Formicola
Jennifer M. Frankola
Lawrence J. Freeze
Stacey E. Gorny
Brian J. Greenwood
John J. Halleron III
Christine B. Hickey
Tara M. Higgins
Caroline K. Hock
John E. Horan
Jeffrey D. Hummel
Frederick C. Johs
Annemarie S. Jones
Ann K. Kandel
Jason T. Katz
Jessica Klotz
Bryan F. Lewis
William J. Lewis
Eileen H. Libutti
Robert A. Lifson
Judith N. Littman
Raymond M. Loew
Edward G. Lukoski
Daniel W. McCally
Kevin G. Mescall
David L. Metzger
Michael Milchan
Greg M. Mondelli
James F. Murphy
Michael J. Murphy
Teresa M. Myers
Amy S. Pincus
Jeffrey M. Pincus
Thomas A. Rhatigan
F. Sean Rooney
Martin K. Rowe
Julie C. Ruggieri
John B. Saville
Ellen N. Savino
Theresa Scotto-Lavino
Matthew D. Shwom
Adam H. Silverstone
Paul R. Varriale
Kenneth F. Whitman
Robert J. Yenchman

---

[1] Thirty days from March 12th is April 11th.  However, April 11, 2015 falls on a Saturday.  April 13, 2015 is the next business day after April 11th.

One CA Plaza, Suite 225, Islandia, NY 11749   631.755.0101   Fax 631.755.0117   www.lewisjohs.com